IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL GEORGE CASTRO,<br><br>Defendant. | CR 23-43-BLG-SPW<br><br><br><br>ORDER |
|---|---|

Upon the United States Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 29), and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial set for Monday, October 2, 2023 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of September, 2023.

SUSAN P. WATTERS
United States District Judge

1